

**SPECTOR & EHRENWORTH, P.C.**

*Attorneys at Law*

30 Columbia Turnpike, Florham Park, New Jersey 07932-2261    973.593.4800   Fax: 973.593.4848
Writer's E-mail: dgoldstein@selawfirm.com

April 11, 2008                                                                                              **VIA CM/ECF**

Honorable Faith S. Hochberg
United States District Court - Newark
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

Re:     **Nova.Corp. v. Ocean Pacific Interiors, Inc.**
        **Civil Action No. 08-637(FSH)**
        **Our File No. N231.0001.0001**

Dear Judge Hochberg:

This firm represents plaintiff, Nova.Corp. ("Nova"), in the referenced case. On March 14, 2008, Nova filed with the Court its motion for entry of an order enforcing a settlement agreement (Docket Entry No. 11). On March 20, 2008, Ocean Pacific Interiors, Inc. ("OPI") filed with the Court a letter notice extending the time to file opposition (Docket Entry No. 13), pursuant to Local Civil Rule 7.1(d)(5). On March 25, 2008, the Court reset the motion deadlines, fixing OPI's deadline to file opposition as April 7, 2008, and Nova's deadline to file a reply as April 14, 2008. On April 7, 2008, OPI filed opposition to Nova's motion.

On Tuesday or Wednesday of this week, I discovered that Edward Bohn, who is Nova's Chief Financial Officer, had lost his mother earlier this week. Mr. Bohn was the primary person at Nova involved with the relevant talks with OPI, and has the most knowledge of the pending dispute. Due to Mr. Bohn's loss, we have been unable, until this afternoon, to begin to confer with him to prepare Nova's reply, and Mr. Bohn needs additional time to review his records and confer with other personnel at Nova for us to properly respond to OPI's opposition.

OPI's counsel has indicated that his client does not object to an extension of time, to next Friday, April 18, 2008, for Nova to file its reply. No previous request has been made by Nova for an extension of this deadline.

Based on the foregoing, kindly enter an Order extending the deadline for Nova's reply by four (4) days, to April 18, 2008.

Thank you in advance for your consideration of this matter on short notice.

Respectfully,

/s/ Douglas A. Goldstein

Douglas A. Goldstein (DG/5891)

*So ordered 4/11/08*
*[signature]*
X _____
Hon. Faith S. Hochberg, U.S.D.J.

K:\N231.0001\LTR\N231.0001Ltr-0015.WPD