BRIAN D. SPECTOR, ESQ. (BS/7343)
DOUGLAS A. GOLDSTEIN, ESQ. (DG/5891)
SPECTOR & EHRENWORTH, P.C.
30 Columbia Turnpike
Florham Park, New Jersey 07932
(973) 593-4800
Attorneys for Plaintiff

------------------------------------------------

| | | |
|---|---|---|
| NOVA.CORP., a New Jersey corporation, | : | UNITED STATES DISTRICT COURT |
| | : | FOR THE DISTRICT OF NEW JERSEY |
| Plaintiff, | : | CASE NO. 08-637 (FSH) |
| | : | |
| vs. | : | Civil Action |
| | : | |
| OCEAN PACIFIC INTERIORS, INC., a | : | |
| New York corporation, | : | |
| | : | |
| Defendant. | : | |

------------------------------------------------

### STIPULATION OF DISMISSAL WITH PREJUDICE

THE MATTER in difference in the above-captioned action having been amicably adjusted

by and among the parties, it is hereby stipulated and agreed that, subject to the terms of the

settlement agreement reached between the parties, dated May   , 2009 (the "Settlement Agreement"),

the above-captioned action be and hereby is dismissed, with prejudice, and each party shall bear its

own costs and expenses, including attorneys' fees, incurred to date; and it is further

STIPULATED AND AGREED by and among the parties that this Court shall retain

jurisdiction to enforce the terms of the Settlement Agreement.

SPECTOR & EHRENWORTH, P.C.
Attorneys for Plaintiff

By: _____
        Brian D. Spector
        Douglas A. Goldstein
        Spector & Ehrenworth, P.C.
        30 Columbia Turnpike
        Florham Park, New Jersey 07932

COLE, SCHOTZ, MEISEL, FORMAN &
    LEONARD, P.A.
Attorneys for Defendant

By: _____
        Sean M. Lipsky
        Cole, Schotz, Meisel, Forman &
        Leonard, P.A.
        25 Main Street
        Hackensack, New Jersey 07602

Case No. 08-637 (FSH)
K:\N231.0001\PLDG\Stip-Dismissal.002.wpd

Page 1 of 2

*ORDERED that this*
*case is CLOSED.*
*June 4, 2009*

Hon. Faith S. Hochberg, U.S.D.J.

973-593-4800
973-593-4848 (Fax)
bspector@selawfirm.com
dgoldstein@selawfirm.com

201-489-3000
201-489-1536 (Fax)
slipsky@coleschotz.com

Dated: May 2͞8 , 2009

Dated: May 2͞7, 2009